UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                              :

LONDON SELECT FUND LIMITED and LONDON     :
DIVERSIFIED FUND LIMITED,                 :      07 Civ. 11376 (TPG)
                                              :

                    Plaintiffs,       :      <u>CERTIFICATE OF SERVICE</u>

           -against-                 :

THE REPUBLIC OF ARGENTINA,            :

                  Defendant.      :

--------------------------------------------------------------------- X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for

The Republic of Argentina, hereby certify that:

        1. On the 19th day of February 2008, the Answer of Defendant The Republic of

Argentina was served by First Class Mail upon:

                    Nicolas Swerdloff, Esq.
                    John Fellas, Esq.
                    Russell W. Jacobs, Esq.
                    Hughes Hubbard & Reed LLP
                    One Battery Park Plaza
                    New York, New York 10004

        2. This service was made by an assistant managing clerk of this firm under my

general supervision.

Dated:  New York, New York
        February 20, 2008

                                _____/s/Richard V. Conza_____
                                  Richard V. Conza