Nicolas Swerdloff (swerdlof@hugheshubbard.com)
John Fellas (fellas@hugheshubbard.com)
Russell W. Jacobs (jacobsr@hugheshubbard.com)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
LONDON SELECT FUND LIMITED and LONDON       :
DIVERSIFIED FUND LIMITED,                   :
                                            :
                          Plaintiffs,       :   07 CV 11376 (TPG)
                                            :
            -against-                       :   **NOTICE OF MOTION**
                                            :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                          Defendant.        :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT, upon the declaration of Gary Clark dated May 7, 2008, Plaintiffs' Statement of Material Facts As To Which There Is No Genuine Dispute Pursuant To Local Civil Rule 56.1 dated May 9, 2008, the Memorandum of Law in support thereof dated May 9, 2008, and the prior pleadings and proceedings held herein, Plaintiffs London Select Fund Limited and London Diversified Fund Limited, by their undersigned attorneys, hereby move this Court, before the Honorable Thomas P. Griesa, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Plaintiffs and against Defendant the Republic of Argentina, and such other and additional

relief as the Court deems just and proper.

Dated:  New York, New York
        May 9, 2008

HUGHES HUBBARD & REED LLP

By: _____
Nicolas Swerdloff
(swerdlof@hugheshubbard.com)
John Fellas (fellas@hugheshubbard.com)
Russell W. Jacobs
(jacobsr@hugheshubbard.com)
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs London Select
Fund Limited and London Diversified
Fund Limited*

To:   Jonathan I. Blackman
     Cleary Gottlieb Steen & Hamilton LLP
     One Liberty Plaza
     New York, New York 10006

     *Attorneys for Defendant the Republic of Argentina*

Nicolas Swerdloff (swerdlof@hugheshubbard.com)
John Fellas (fellas@hugheshubbard.com)
Russell W. Jacobs (jacobsr@hugheshubbard.com)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LONDON SELECT FUND LIMITED and LONDON
DIVERSIFIED FUND LIMITED,

                Plaintiffs,

      -against-

THE REPUBLIC OF THE REPUBLIC,

                Defendant.
------------------------------------------------------------------ x

07 CV 11376 (TPG)

**CERTIFICATE OF SERVICE**

      I, Russell W. Jacobs, do hereby certify under penalty of perjury that I am over the age of 18 and not a party to this action and that on the 9th day of May 2008, I caused to be served via first-class, postage prepaid mail a true and correct copy of the foregoing **NOTICE OF MOTION** on the following, counsel for defendant the Republic of Argentina:

                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                Jonathan I. Blackman
                One Liberty Plaza
                New York, New York 10006

Dated: New York, New York
       May 9, 2008

                                                      _____
                                                      Russell W. Jacobs

11113407_1 (2).DOC